UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DICKMAN,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>RICHARD M. TAN et al.,<br><br>　　　　Defendants. | No.  2:14-cv-2150 DAD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

　　　By order filed March 30, 2015, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  A copy of that order, however, was returned to the court by the postal service.  Accordingly, on May 13, 2015, the court re-served plaintiff with order.  Thirty days from the date of re-service of the order have now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action.

　　　IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 30, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
dick2150.fta